# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| INTERNATIONAL HUMAN RIGHTS COMMISSION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:18-CV-00065-ELR |
| U.S. CUSTOMS AND BORDER PROTECTION, et al., | * * * | |
| Defendants. | * * | |

## O R D E R

Plaintiff filed the Complaint in this action on January 4, 2018. Compl. [Doc 1]. The Court entered an Order on May 8, 2018, directing Plaintiff to show either that service had in fact been properly made or why Plaintiff had been unable to serve Defendants. [Doc. 4]. The Court warned that Plaintiff's failure to make such a showing would result in dismissal of this action without prejudice. [Id.]

On May 17, 2018, Plaintiff filed summonses to be issued to Defendants. [Doc. 5]. That same day, Plaintiff then filed a notice of filing proof of service of summons and Complaint stating that "Plaintiff has served the Summons and Complaint in the above captioned action on Defendants . . . as evidenced by the

Proof of Service of Summons and Complaint attached hereto . . . ." [Doc. 6]. Proof of service was not attached to Plaintiff's notice. However, a "Declaration of Service by Mail" was attached, which states "[t]hat on May 17, 2018, [Plaintiff's counsel] served the [notice] by depositing a true copy thereof in a United States mailbox . . . ." [Id. at 3]. Furthermore, Plaintiff's notice states "Service List – 05/17/2018" and list all Defendants in this action. [Id. at 4].

As noted in the Court's May 8, 2018 Order, Federal Rule of Civil Procedure 4(m) provides the following:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country
> under Rule 4(f) or 4(j)(1).

Plaintiff did not serve Defendant within ninety (90) days after the Complaint was filed on January 4, 2018. The Court then notified Plaintiff that service was not showing on the record. [Doc. 4]. The Court also warned that Plaintiff's failure to show either that service had been made or why Plaintiff had been unable to serve Defendants would result in dismissal of this action without prejudice. Plaintiff has not shown cause, much less good cause, for not serving Defendants

2

within the ninety-day period.[1]  Plaintiff also never sought an extension of time to serve Defendants.  Accordingly, the Court will dismiss Plaintiff's Complaint without prejudice.

For the foregoing reasons, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint [Doc. 1] and **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 23rd day of May, 2018.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Because Defendants are United States government agencies this case was administratively stayed due to a lapse of appropriations.  [Doc. 3].  However, this stay was only in effect until "Congress has appropriated funds for the Department or enacted another continuing resolution" [Id. at 3], thus, even in light of this limited stay, Plaintiff still did not serve Defendants within the ninety-day period.